I

### B. R. COOK v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. December 7, 1926.

No. 4807.

In Error to the District Court of the United States for the Western District of Tennessee.

Ernest S. Bell, of Memphis, Tenn., for plaintiff in error.

T. A. Lancaster, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Docketed and dismissed upon motion of counsel· for the defendant in error.

---

2

### Mabel COX v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. April 15, 1927.

No. 4928.

In Error to the District Court of the United States for the Eastern District of Michigan.

Louis J. Colombo, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

3

### John DUGUAY v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 4, 1927.

No. 4700.

In Error to the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

O. J. Larson, of Duluth, Minn., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Dismissed for failure to file brief, under rule 20.

---

4

### In the Matter of the Petition of C. H. EL-LIOTTE, Trustee, to Revise an Order of the United States District Court for the Western District of Tennessee in the case of Louis GOODMAN, Bankrupt.

Circuit Court of Appeals, Sixth Circuit. January 4, 1927.

No. 4552.

Petition to Revise an Order of the District Court of the United States for the Western District of Tennessee; Harry B. Anderson, Judge.

McDonald & McDonald and J. A. Osoinach, all of Memphis, Tenn., for petitioner.

Barton & Barton and Keeble T. Herron, both of Memphis, Tenn., for respondent.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

5

### New Jersey Shipbuilding & Dredging Company, Libelant-Appellee, v. Steam Tug ENERGY, Her Engines, etc.; James Hughes, Jr., Claimant-Appellant.

Circuit Court of Appeals, Second Circuit. May 2, 1927.

No. 293.

Appeal from the District Court of the United States for the Southern District of New York.

Barry, Wainwright, Thacher & Symmers, of New York City (James K. Symmers and Earle Farwell, both of New York City, of counsel), for appellant.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for appellee.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree affirmed, with costs.